CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

YIQIAN GAN,

                    Plaintiff,

          v.

JOSEPH B. EDLOW, *et al.*,

                    Defendants.

Case No. 5:26-cv-03236-SVK

**STIPULATION TO STAY PROCEEDINGS;
[PROPOSED] ORDER**

       The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until July 31, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

       Plaintiff filed this mandamus action seeking adjudication of his Form I-485, Application to Register Permanent Residence or Adjust Status.  United States Citizenship and Immigration Services ("USCIS") has scheduled an interview for Plaintiff on June 16, 2026. Following the interview, the agency will work diligently towards completing adjudication of Plaintiff's application.

       Accordingly, the parties stipulate and request that the proceedings in this case be stayed until July 31, 2026, at which time the parties will file a joint status report with the Court. At that time, the

Stipulation to Stay
Case No. 5:26-cv-03236-SVK                              1

parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: May 26, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney


/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants


Dated: May 26, 2026

/s/ Yiqian Gan
YIQIAN GAN
Pro Se Plaintiff


### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.


Date:  May 27, 2026

HON. SUSAN VAN KEULEN
United States Magistrate Judge


---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
Case No. 5:26-cv-03236-SVK                    2